```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09813
    LINDA PORTER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1223


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/21/2008 and was not confirmed.

     The case was dismissed without confirmation 10/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE         .00           .00            .00
CREDIT ACCEPTANCE CORP    SECURED NOT I    11997.65           .00            .00
SPECIALIZED LOAN SERVICI  CURRENT MORTG         .00           .00            .00
SPECIALIZED LOAN SERVICI  MORTGAGE ARRE     4007.63           .00            .00
ADVOCATE TRINITY HOSPITA  UNSECURED         1225.29           .00            .00
TRINITY HOSPITAL          NOTICE ONLY      NOT FILED          .00            .00
AMERIQUEST MORTGAGE       NOTICE ONLY      NOT FILED          .00            .00
BALABAN FURNITURE         UNSECURED          727.36           .00            .00
BARCLAYS BANK DELAWARE    NOTICE ONLY      NOT FILED          .00            .00
CREDIT ONE BANK           UNSECURED        NOT FILED          .00            .00
CREDIT ONE BANK           NOTICE ONLY      NOT FILED          .00            .00
DIRECT MERCHANTS BANK     NOTICE ONLY      NOT FILED          .00            .00
EVERGREEN MEDICAL SPECIA  UNSECURED          272.00           .00            .00
EVERGREEN EMERGENCY SERV  NOTICE ONLY      NOT FILED          .00            .00
FIRST PREMIER BANK        NOTICE ONLY      NOT FILED          .00            .00
FIRST NATIONAL BANK OF M  UNSECURED        NOT FILED          .00            .00
FORD MOTOR CREDIT         UNSECURED         4715.92           .00            .00
LVNV FUNDING LLC          UNSECURED         1044.64           .00            .00
HSBC                      NOTICE ONLY      NOT FILED          .00            .00
NATIONAL AMERICAN CREDIT  UNSECURED            .00            .00            .00
JC PENNEY                 UNSECURED        NOT FILED          .00            .00
JC PENNEY                 NOTICE ONLY      NOT FILED          .00            .00
GE CAPITAL JC PENNY CONS  NOTICE ONLY      NOT FILED          .00            .00
JC PENNY                  NOTICE ONLY      NOT FILED          .00            .00
JUNIPER BANK              UNSECURED         1848.66           .00            .00
JUNIPER BANK              NOTICE ONLY      NOT FILED          .00            .00
NATIONAL CITY BANK        UNSECURED          360.28           .00            .00
NICOR GAS                 UNSECURED        NOT FILED          .00            .00
PHONE CO CR               NOTICE ONLY      NOT FILED          .00            .00
RENUKA BHATT MD           UNSECURED        NOT FILED          .00            .00
PHARIA LLC                UNSECURED          320.09           .00            .00
ARROW FINANCIAL SERVICES  UNSECURED         2118.41           .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED          .00            .00
BALABAN FURNITURE         SECURED           1200.00           .00          36.92

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09813 LINDA PORTER
```

```
NATIONAL AMERICAN CREDIT  UNSECURED         1074.20             .00            .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT         .00             .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,499.00                        1,911.56
TOM VAUGHN                TRUSTEE                                            151.52
DEBTOR REFUND             REFUND                                             600.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               2,700.00

PRIORITY                                      .00
SECURED                                     36.92
UNSECURED                                     .00
ADMINISTRATIVE                           1,911.56
TRUSTEE COMPENSATION                       151.52
DEBTOR REFUND                              600.00
                     ---------------    ---------------
TOTALS                2,700.00            2,700.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

                                 /s/ Tom Vaughn
     Dated: 02/24/09              _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                      PAGE   2
         CASE NO. 08 B 09813 LINDA PORTER